UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                          Case No. 13-30545-DHW
                                                                                                    Chapter 13
Zandra B Walker,

    Debtor(s).

## ORDER ALLOWING WITHDRAWAL
## ORDER TERMINATING STAY CONDITIONALLY

Max Credit Union filed an objection to confirmation of the proposed chapter 13 plan.

The objection came on for hearing and the creditor withdrew the objection upon the consent of the debtor to a conditional termination of the automatic stay. Accordingly, it is

ORDERED that the objection is WITHDRAWN, and the stay is TERMINATED effective 12:00 noon on May 31, 2013 to allow Max Credit Union to enforce its lien on the property described in the objection unless prior to the effective time the debtor (1) obtains a physical damage policy of insurance covering the property naming Max Credit Union as loss/payee and (2) provides proof of such insurance to Max Credit Union. It is

FURTHER ORDERED that the stay will TERMINATE without further order of the court if at any time in the future insurance on the property lapses and is not renewed within ten days from the date the creditor files a certificate of lapse with the court.

The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order without further hearing if the debtor fails to provide proof of insurance within ten days from the filing date of the certificate. It is

FURTHER ORDERED that in the event that a cure is not accomplished within 10 days, the creditor shall file a certificate of termination with the court stating that it deems the stay terminated pursuant to the court's order. It is

FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

The plan will be confirmed by separate order.

Dated: May 20, 2013

                                                                       /s/ Dwight H. Williams, Jr.
                                                                       United States Bankruptcy Judge

c: Debtor
    Attorney for Debtor
    Attorney for Creditor
    Trustee