## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

**In the Matter of**:                               }
                                                    }     Case No. 13-30545
Zandra B Walker                                     }
                                                    }     Chapter 13
                                                    }
**Debtor(s)**                                       }

---

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

---

### Objection to Claim No. 20
### Of Creditor JP Morgan Chase

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number  of JP Morgan Chase and as grounds for said Objection will state as follows:

1.      The Debtor filed a Chapter 13 bankruptcy on March  4, 2013.

2.      On the 17th day of July, 2013, the creditor filed a proof of claim asserting that the

Debtor owed the Creditor a sum of money, but the exhibits to the proof of claim affirmatively

show the Debtor has no liability to the creditor.

Wherefore, the premises considered the Debtor request a disallowance of claim 20.

Respectfully submitted,


/s/  R i c h a r d   D .   S h i n b a u m
ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum, & Campbell, P.C.
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day August 7, 2013.


Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
JP Morgan Chase
3415 Vision Drive
OH4-7142
Columbus, OH  43219