# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 13-30545–DHW
                                                                               Chapter 13

Zandra B. Walker,

       Debtor(s).

## ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM STAY

JP Morgan Chase Bank, N.A., filed a motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property described in the motion.

The motion came on for hearing on September 9, 2013. It is

ORDERED that, commencing with the October 2013 payment, the stay as to the 660 Mindingall Road, Tuskegee, Alabama 36083 will terminate without further order of the court if the debtor defaults in a post-petition direct payment and does not cure the default within 20 days from the date the creditor files a certificate of default with the court.

The certificate shall be served on the debtor and the attorney for the debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the debtor fails to cure the default within 20 days from the filing date of the certificate.

Dated: September 11, 2013

                                                     /s/ Dwight H. Williams, Jr.
                                                     United States Bankruptcy Judge

c:      Debtor
        Attorney for Debtor
        Trustee
        Attorney for Creditor