IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA (Montgomery)

RE: Zandra B Walker                      CASE NO.: 13-30545
                                                                           CHAPTER 13

       DEBTOR.

## NOTICE OF DEFAULT

COMES NOW a Creditor in this cause, JPMORGAN CHASE BANK, N.A., by and through its undersigned attorney, and files this notice of default, which is filed pursuant to and in compliance with the Court Order entered on September 11, 2013.

Notice is hereby given that the Creditor's records reflect the Debtor is in post-Order default for mortgage payments. The Creditor's post-Order records reflect the following:

**Post-Order Delinquent Arrearage:**

| | |
|---|---|
| 4 Payments (July 2016 – October 2016) at $989.31 each | $3,957.24 |
| 1 Payment (November 2016) at $927.49 | $ 927.49 |
| Less Suspense Balance | $ - 60.34 |
| Total Amount Due | $4,824.39 |

\*\*\*In addition, to the above on December 1, 2016 a payment in the amount of $927.49 became due and payable.

WHEREFORE, these premises considered, the automatic stay provided for by 11 U.S.C. Section 362 will lift automatically unless the money is received within 20 days after the date of this notice, without further notice or Order of this Court, pursuant to the provisions of the Order entered in this matter on the 11th day of September, 2013.

OF COUNSEL:

| | |
|---|---|
| STEPHENS, MILLIRONS, P.C. | BY: /s/HUNTER J. TATE |
| 120 Seven Cedars Drive | JOSHUA B. WHITE |
| Post Office Box 307 | HUNTER J. TATE |
| Huntsville, Alabama 35804 | Attorney for Movant |
| (256) 382-5500 | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtor, Zandra B Walker, 660 Mindingall Road, Tuskegee, AL 36083, by U.S. Mail properly addressed with postage prepaid, the attorney of record for debtor, Richard D. Shinbaum, rshinbaum@smclegal.com, and the trustee of record, Sabrina L. McKinney, trustees_office@ch13mdal.com, electronically through the Court's electronic filing system.

Dated this 12th day of December, 2016.

                                                                  /s/HUNTER J. TATE
                                                                  JOSHUA B. WHITE
                                                                  HUNTER J. TATE