**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **IN RE THE MATTER OF:** | ) | |
| | ) | |
| **ZANDRA B. WALKER** | ) | **CHAPTER 13** |
| | ) | **CASE NO. 13-30545** |
| **Debtor.** | ) | |

---

## Motion to Deem Mortgage Payment Current

---

The debtor(s) move the Court for the entry of an order in this case to declare the mortgage loan currently held [or serviced] by JPMORGAN CHASE BANK, N.A., to be current. In support of their motion, the debtor(s) state:

1. The debtor(s) commenced this case on March 4, 2013 with the filing of a petition for relief under chapter 13 of the Bankruptcy Code.
2. A Notice Of Default was filed against debtor(s) on December 12, 2016 by JPMORGAN CHASE BANK N.A.
3. The amount established as the arrearage to be cured by the debtor(s) on their mortgage with JPMORGAN CHASE BANK N.A. has been paid in full.
4. All fees, expenses, and charges asserted as recoverable against the debtor(s) or the debtor(s) residence in the Notices of Default and Charges filed by JPMORGAN CHASE BANK, N.A., have been paid by the debtor(s).

WHEREFORE, the debtor(s) request this Court enter and Order the debtor(s) current.

**DONE THIS** 4th day of January, 2017.

**/s/ Richard D. Shinbaum**
Richard D. Shinbaum
(ASB-8638-B54R )

Attorney for the Debtor

Of Counsel:
Shinbaum Law Firm
P.O. Box 201
Montgomery, AL 36101
(334)269-4440
(334) 263-4096 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by ECF/U.S. mail of same to them on this the 4th day of January, 2017.

**/s/ Richard D. Shinbaum**
Richard D. Shinbaum

Sabrina McKinney, (Acting) Trustee

Theresa Jacobs, Bankruptcy Administrator

Joshua B. White
Hunter J. Tate
Attorney for JPMORGAN CHASE, N.A.
STEPHENS, MILLIRONS, P.C.
120 Seven Cedars Drive
P.O. Box 307
Huntsville, AL 35804

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA (Montgomery)**

**RE: Zandra B Walker** | **CASE NO.: 13-30545**
**CHAPTER 13**

**DEBTOR.**

## NOTICE OF DEFAULT

COMES NOW a Creditor in this cause, JPMORGAN CHASE BANK, N.A., by and through its undersigned attorney, and files this notice of default, which is filed pursuant to and in compliance with the Court Order entered on September 11, 2013.

Notice is hereby given that the Creditor's records reflect the Debtor is in post-Order default for mortgage payments. The Creditor's post-Order records reflect the following:

**Post-Order Delinquent Arrearage:**

| | |
|---|---|
| 4 Payments (July 2016 – October 2016) at $989.31 each | $3,957.24 |
| 1 Payment (November 2016) at $927.49 | $ 927.49 |
| Less Suspense Balance | $ - 60.34 |
| Total Amount Due | $4,824.39 |

***In addition, to the above on December 1, 2016 a payment in the amount of $927.49 became due and payable.

WHEREFORE, these premises considered, the automatic stay provided for by 11 U.S.C. Section 362 will lift automatically unless the money is received within 20 days after the date of this notice, without further notice or Order of this Court, pursuant to the provisions of the Order entered in this matter on the 11th day of September, 2013.

OF COUNSEL:

STEPHENS, MILLIRONS, P.C.
120 Seven Cedars Drive
Post Office Box 307
Huntsville, Alabama 35804
(256) 382-5500

BY: /s/HUNTER J. TATE
JOSHUA B. WHITE
HUNTER J. TATE
Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtor, Zandra B Walker, 660 Mindingall Road, Tuskegee, AL 36083, by U.S. Mail properly addressed with postage prepaid, the attorney of record for debtor, Richard D. Shinbaum, rshinbaum@smclegal.com, and the trustee of record, Sabrina L. McKinney, trustees_office@ch13mdal.com, electronically through the Court's electronic filing system.

Dated this 12th day of December, 2016.

/s/HUNTER J. TATE
JOSHUA B. WHITE
HUNTER J. TATE

[redacted]
Office AU # 11-24 1210(8)

## CASHIER'S CHECK

SERIAL #: 6560201077

[redacted]

Remitter: ZANDRA B WALKER
[redacted]
Operator I.D.: u492842
Funding Source: Paper Items(s)

June 01, 2016

PAY TO THE ORDER OF ***CHASE BANK N.A.***
***LOAN #1045158929 HENRY L. WALKER MAY 2016***

***Nine hundred ninety dollars and no cents*** **$990.00**

Payee Address:
Memo: Apply to May 2016 payment please. Returned. Was purchased on 5/31/2016 Money order

VOID IF OVER US $ 990.00

**WELLS FARGO BANK, N.A.**
7315 EASTCHASE PKWY
MONTGOMERY, AL 36117
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004 M4203 60009493

---

[redacted]
Office AU # 11-24 1210(8)

## CASHIER'S CHECK

SERIAL #: 6556701271

[redacted]

Remitter: ZANDRA B WALKER
Purchaser: ZANDRA B WALKER
[redacted]
Operator I.D.: u487066
Funding Source: Electronic Items(s), Paper Items(s)

July 23, 2016

PAY TO THE ORDER OF ***CHASE BANK N.A.***
***LOAN #1045158929 MAY 2016 HENRY L. WALKER***

***One thousand dollars and no cents*** **$1,000.00**

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
2001 E UNIVERSITY DR
AUBURN, AL 36830
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 1,000.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004 M4203 50211976

---

[redacted]
Office AU # 11-24 1210(8)

## CASHIER'S CHECK

SERIAL #: 6556701272

[redacted]

Remitter: ZANDRA B WALKER
Purchaser: ZANDRA B WALKER
[redacted]
Funding Source: Electronic Items(s), Paper Items(s)

July 23, 2016

PAY TO THE ORDER OF ***CHASE BANK N.A.***
***LOAN # 1045158929 JUNE 2016 HENRY L. WALKER***

***One thousand dollars and no cents*** **$1,000.00**

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
2001 E UNIVERSITY DR
AUBURN, AL 36830
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 1,000.00

**NON-NEGOTIABLE**

**Purchaser Copy**



FB004 M4203 50211976

[redacted] 11-24
Office AU # 1210(8)

# CASHIER'S CHECK

SERIAL #: 6560201133
[redacted]

Remitter: ZANDRA B WALKER
Purchaser: ZANDRA B WALKER
[redacted]
Operator I.D.: a154038
Funding Source: Electronic Items(s), Paper Items(s)

August 22, 2016

PAY TO THE ORDER OF ***JP MORGAN CHASE BANK ***
***RE ; HENRY WALKER 1045158929***

****Nine hundred ninety dollars and no cents****

****$990.00****

Payee Address:
Memo: LOAN PAYMENT FOR AUG 2016

**WELLS FARGO BANK, N.A.**
7315 EASTCHASE PKWY
MONTGOMERY, AL 36117
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 990.00

**NON-NEGOTIABLE**

## Purchaser Copy

FB004 M4203 60009493

---

[redacted] 11-24
Office AU # 1210(8)

# CASHIER'S CHECK

SERIAL #: 6556701328
[redacted]

Remitter: ZANDRA B WALKER
Purchaser: ZANDRA B WALKER
[redacted]
Operator I.D.: a1001498 a1000467
Funding Source: Paper Items(s)

September 17, 2016

PAY TO THE ORDER OF ***CHASE BANK NA***
***REF LOAN PYMT 1045158929 SEPT 2016***

****Nine hundred ninety dollars and no cents****

****$990.00****

Payee Address:
Memo: FOR HENRY L WALKER

**WELLS FARGO BANK, N.A.**
2001 E UNIVERSITY DR
AUBURN, AL 36830
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 990.00

**NON-NEGOTIABLE**

## Purchaser Copy

FB004 M4203 50211976

---

[redacted] 11-24
Office AU # 1210(8)

# CASHIER'S CHECK

SERIAL #: 6556701354
[redacted]

Remitter: ZANDRA B WALKER
Purchaser: ZANDRA B WALKER
[redacted]
Operator I.D.: u537494
Funding Source: Electronic Items(s), Paper Items(s)

November 05, 2016

PAY TO THE ORDER OF ***CHASE BANK NA***
***LOAN #1045158929 PMT OCTOBER 2016***

****Nine hundred ninety dollars and no cents****

****$990.00****

Payee Address:
Memo: HENRY L WALKER

**WELLS FARGO BANK, N.A.**
2001 E UNIVERSITY DR
AUBURN, AL 36830
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 990.00

**NON-NEGOTIABLE**

## Purchaser Copy



FB004 M4203 50211976

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

... BAPTIST CHURCH

PAY TO THE ORDER OF Chase Bank NA $**1,000.00

One Thousand Only****** DOLLARS

PROTECTED AGAINST FRAUD

MEMO ... Walker Loan #10 45158929 Arrears Payment

[redacted]

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

---

| [redacted] | 11-24 / 1210(8) |
|---|---|
| Office AU # | |

**CASHIER'S CHECK**

6560201023

Remitter: ZANDRA B WALKER
Operator I.D.: u398888

January 04, 2017

PAY TO THE ORDER OF ***CHASE BANK NA***
***REF LOAN PYMT 1045158929 ARREARS***

****Three thousand eight hundred twenty-four dollars and 39 cents**** ****$3,824.39****

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
7315 EASTCHASE PKWY
MONTGOMERY, AL 36117
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 3,824.39

CONTROLLER

[redacted]