# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 13-30545-DHW
                                              Chapter 13

ZANDRA B. WALKER,

     Debtor.


## ORDER GRANTING DEBTOR'S MOTION

Debtors filed a motion (Doc. # 109) requesting a determination that the mortgage loan with JPMorgan Chase Bank NA has been cured and is current as of January 4, 2017.  The matter came on for hearing on January 30, 2017.  No objection was filed to debtor's motion. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the indebtedness to JPMorgan Chase Bank NA is current through January 4, 2017.

Done this 30th day of January, 2017.


*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge


c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Acting Trustee
    JPMorgan Chase Bank, NA, Creditor
    Hunter J. Tate, Attorney for Creditor