UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 13-30545-DHW
                                                   Chapter 13
ZANDRA B. WALKER,

   Debtor.

## ORDER GRANTING DEBTOR'S MOTION

Debtors filed a motion (Doc. # 109) requesting a determination that the mortgage loan with JPMorgan Chase Bank NA has been cured and is current as of January 4, 2017. The matter came on for hearing on January 30, 2017. No objection was filed to debtor's motion. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the indebtedness to JPMorgan Chase Bank NA is current through January 4, 2017.

Done this 30th day of January, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Acting Trustee
    JPMorgan Chase Bank, NA, Creditor
    Hunter J. Tate, Attorney for Creditor

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                           Case No. 13-30545-DHW
Zandra B Walker                                                  Chapter 13
          Debtor               CERTIFICATE OF NOTICE

District/off: 1127-2        User: dewilliam        Page 1 of 1         Date Rcvd: Jan 30, 2017
                            Form ID: pdfSOME       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db          +Zandra B Walker,    660 Mindingall Road,    Tuskegee, AL 36083-5251
cr          +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
              700 Kansas Lane; Dept: LA4-5555,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Caitlin E. Bouldin    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkcourtmail@smpclaw.com
              Hunter J. Tate    on behalf of Creditor    JPMorgan Chase Bank, N.A. htate@smpclaw.com,
               bkcourtmail@smpclaw.com
              Joshua B. White    on behalf of Creditor    JPMorgan Chase Bank, N.A. bkcourtmail@smpclaw.com
              Joshua B. White    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASOCIATION
               bkcourtmail@smpclaw.com
              Leonard N. Math    on behalf of Creditor    MAX CREDIT UNION noticesmd@chambless-math.com
              Rebekah P. Beal    on behalf of Creditor    JPMorgan Chase Bank, N.A. RBeal@smpclaw.com
              Richard D. Shinbaum    on behalf of Debtor Zandra B Walker rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 9