IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA (Montgomery)

| | |
|---|---|
| RE:  Zandra B Walker | CASE NO.: 13-30545 |
| | CHAPTER 13 |
| DEBTOR. | |

## NOTICE OF DEFAULT

COMES NOW a Creditor in this cause, JPMORGAN CHASE BANK, N.A., by and through its undersigned attorney, and files this notice of default, which is filed pursuant to and in compliance with the Court Order entered on September 11, 2013.

Notice is hereby given that the Creditor's records reflect the Debtor is in post-Order default for mortgage payments. The Creditor's post-Order records reflect the following:

**Post-Order Delinquent Arrearage:**
    7 Payments (December 2016 – June 2017 at $927.49 each      $6,492.43
    Total Amount Due      $6,492.43

***In addition, to the above on July 1, 2017, a payment in the amount of $927.49 will become due and payable.

WHEREFORE, these premises considered, the automatic stay provided for by 11 U.S.C. Section 362 will lift automatically unless the money is received within 20 days after the date of this notice, without further notice or Order of this Court, pursuant to the provisions of the Order entered in this matter on the 11th day of September, 2013.

OF COUNSEL:

| | |
|---|---|
| STEPHENS, MILLIRONS, P.C. | BY: /s/HUNTER J. TATE |
| 120 Seven Cedars Drive | HUNTER J. TATE |
| Post Office Box 307 | JOSHUA B. WHITE |
| Huntsville, Alabama 35804 | Attorney for Movant |
| (256) 382-5500 | |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Debtor, Zandra B Walker, 660 Mindingall Road, Tuskegee, AL 36083, and Co-Debtor, Henry Walker, 660 Mindingall Rd, Tuskegee, Alabama, 36083, by U.S. Mail properly addressed with postage prepaid, the attorney of record for debtor, Richard D. Shinbaum, rshinbaum@smclegal.com, and the trustee of record for the debtor, Sabrina L. McKinney, trustees_office@ch13mdal.com, electronically through the Court's electronic filing system.

Dated this 28th day of June, 2017.

/s/HUNTER J. TATE
HUNTER J. TATE
JOSHUA B. WHITE